NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BENJAMIN PRESS,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No.  2D18-963
                                         )
NPC INTERNATIONAL, INC., a For           )
Profit Corporation, and RIDGE ROAD       )
CENTER, LLC,                             )
                                         )
            Appellees.                   )
_____)

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Pasco
County; Declan P. Mansfield, Judge.

Luca G. Esposito and Chase P. Florin of
Florin Roebig, P.A., Palm Harbor, for
Appellant.

Dorothy Venable DiFiore and Karen M.
Shimonsky of Quintairos, Prieto, Wood &
Boyer, P.A., Tampa, for Appellee NPC
International, Inc.

No appearance for remaining Appellee.


PER CURIAM.

            Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.